NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

Miscellaneous Docket No. 906

IN RE YAHOO! INC. and GOOGLE INC.,

Petitioners.

On Petition for Writ of Mandamus from the United States District Court for the Eastern District of Texas in case no. 6:08-CV-509, Judge John D. Love.

ON PETITION FOR WRIT OF MANDAMUS

O R D E R

Aloft Media LLC moves without opposition for a 14-day extension of time, until August 19, 2009, to file its response to the petition for a writ of mandamus filed by Yahoo! Inc. and Google Inc. due to settlement efforts.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 0 5 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Michael A. Jacobs, Esq.
     Paul D. Clement, Esq.
     Eric M. Albritton, Esq.
     Judge, USDC E.D. Tex.
     Clerk, USDC E.D. Tex.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 05 2009

JAN HORBALY
CLERK